1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                    Case No.  15-cr-00148-JSW-1

         Plaintiff,

8

9            v.                                   **ORDER TO SHOW CAUSE**

10   IZUCHUKWU ONYEAGOCHA,

         Defendant.

11

12

13          This case came before the Court for sentencing on December 8, 2015.  Paul F. Demeester,

14   Esq., appointed counsel for Defendant in this matter, failed to appear.  Alternate counsel appeared

15   on behalf of Defendant.  Counsel did not seek leave from this Court for alternate counsel to appear

16   in lead counsel's place.  Additionally, alternate counsel was not aware of Mr. Demeester's

17   schedule and was not prepared to agree to further scheduling dates.

18          This Court's Criminal Standing Orders provide as follows:

19              Unless the Court grants a written motion, filed sufficiently in
                advance of a court date for the Court to rule, and which
20              demonstrates good cause to permit alternate counsel to appear in
                lead counsel's place, the parties shall appear in person through lead
21              trial counsel to discuss all items referred to in this Order and with
                authority to enter stipulations and to agree to further scheduling
22              dates.

23   Judge White's Criminal Standing Orders, at ¶ 3.

24          THE COURT hereby issues an ORDER TO SHOW CAUSE why Counsel Paul F.

25   Demeester, Esq., should not be sanctioned in the amount of $500.00 for violation of this Court's

26   Criminal Standing Orders.  No later than December 16, 2015, Mr. Demeester shall show cause, in

27

28

United States District Court
Northern District of California

1   writing, why sanctions should not be imposed.  If Mr. Demeester fails to show cause in writing,

2   the Court will impose monetary sanctions in the amount of $500.00.

3       **IT IS SO ORDERED.**

4   Dated: December 9, 2015

5

6   JEFFREY S. WHITE
    United States District Judge